UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SADE AMSTERDAM,

                Plaintiff,

        *– against –*

TAFT COMMUNICATIONS, RF BINDER, TED
DEUTSCH, TAFT & PARTNERS LLC, *and*
DEUTSCH GROUP LLC,

                Defendants.

**ORDER OF SERVICE**

25-cv-10079 (ER)

RAMOS, D.J.:

Sade Amsterdam, proceeding *pro se* and *in forma pauperis* ("IFP"), brought this action on December 4, 2025, against defendants Taft Communications, RF Binder, and Ted Deutsch. Doc. 1. On December 18, 2025, the Court issued an order of service. Doc. 6. On December 19, 2025, Amsterdam filed a motion to amend the complaint to "update the addresses and include the full legal entity names of the Defendants," Doc. 8., which the Court granted on December 22, 2025, Doc. 9. On January 9, 2026, Amsterdam filed an amended complaint which, in part, updated the address for Taft Communications and added defendants Taft & Partners LLC and Deutsch Group LLC. Doc. 11. On January 23, 2026, RF Binder and Ted Deutsch's waiver of service was returned executed and Taft Communications' waiver of service was returned unexecuted as the address in the initial complaint was incorrect. Docs. 12–14. On February 25, 2026, counsel for all five defendants filed a notice of appearance and wrote the Court detailing that only RF Binder and Ted Deutsch had been served the initial complaint; none of the defendants had been served the amended complaint; and requesting clarification as to defendants' deadlines to respond. Docs. 15–16.

Because Amsterdam has been granted permission to proceed IFP, she is entitled to assistance from the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Amsterdam to effect service through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for all defendants. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary, including the amended complaint, for the Marshals Service to effect service upon the defendants. Further, Ted Deutsch and RF Binder's deadlines to respond to the initial complaint are adjourned.

It is SO ORDERED.

Dated:    February 26, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2