# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SADE AMSTERDAM | : | |
| | : | |
| Plaintiffs | : | JURY DEMANDED |
| v. | : | |
| | : | No. 25-CV-10079 |
| TAFT COMMUNICATIONS, LLC, TAFT | : | |
| & PARTNERS, LLC, RF BINDER | : | |
| PARTNERS, INC., EDWARD DEUTSCH | : | **MEMO ENDORSED** |
| AND DEUTSCH GROUP, LLC | : | |
| Defendant. | : | |

## MOTION OF DEFENDANT, RF BINDER PARTNERS, INC. TO DISMISS ALL CLAIMS OF THE AMENDED COMPLAINT FOR FAILURE TO STATE CLAIMS

Defendant RF Binder Partners, Inc. ("Binder"), by and through its attorneys, Salmon, Ricchezza, Singer & Turchi LLP, hereby move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all claims in Plaintiff's Amended Complaint against it.  Binder relies upon the Memorandum of Law submitted herewith in Support of its Motion to Dismiss.

**SALMON, RICCHEZZA, SINGER & TURCHI LLP**

By:    */s/ Michele L. Weckerly*
Sally J. Daugherty, Esq.
Michele L. Weckerly, Esq. (*pro hoc vice*)

Attorneys for RF Binder Partners, Inc.
110 East 59th Street, 22nd Floor
New York, NY  10022

Dated: 5/26/26

The following briefing schedule is set:  Amsterdam's opposition to Binder's motion due by June 25, 2026, and Binder's reply due by July 9, 2026.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: May 28, 2026
New York, New York

4911-0926-4559, v. 1