UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SADE AMSTERDAM,<br><br>Plaintiff,<br><br>-against-<br><br>TAFT COMMUNICATIONS, RF BINDER, TED DEUTSCH, TAFT & PARTNERS LLC, and DEUTSCH GROUP LLC,<br><br>Defendants. | **ORDER**<br>25 Civ. 10079 (ER) |

EDGARDO RAMOS, United States District Judge:

Defendant RF Binder filed a motion to dismiss on May 26, 2026. Doc. 28. The Court set a briefing schedule for that motion on June 8, 2026. Doc. 32. The Court directed the plaintiff to file a response in opposition by July 6, 2026 and RF Binder to file a reply by July 20, 2026. *Id.* The plaintiff filed a memorandum of law in opposition to that motion on July 2, 2026. Doc. 33. RF Binder has not filed a reply brief. RF Binder is therefore directed to file any reply by October 15, 2026. If RF Binder fails to file a reply timely, the Court will consider the motion fully briefed.

SO ORDERED.

Dated: October 8, 2026
New York, New York

EDGARDO RAMOS
United States District Judge